IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:10-CR-72-3H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MICHAEL PAUL FLUHARTY ) | |
| ) | |

For good cause shown, Michael Paul Fluharty's Motion for Particular Bureau of Prisons Designation is hereby ~~GRANTED~~ *Recommended*. MJH

So ordered. This the 10 day of January, 2010.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE